## EDMONDS V. GALLOWAY COAL CO.

*Damages.*

(Decided Nov. 26, 1906.)

APPEAL from Winston Circuit Court.

Heard before Hon. A. A. COLEMAN.

JAMES & WILLIIAMS, for appellant.

BANKHEAD & BANKHEAD, for appellee.

Per curiam.—Affirmed for want of assignment of error.